In the Matter of the Application of THE PIERCE, BUTLER & PIERCE MANUFACTURING COMPANY for a Peremptory Writ of Mandamus, *v.* FREDERICK W. BLECKWENN, City Treasurer of Long Island City.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 14,

1891, which reversed an order of Special Term denying a writ of mandamus herein.

*A. T. Payne* for appellant.

*George W. Stephens* for respondent.

Agree to affirm ; no opinion.
All concur, except MAYNARD, J., taking no part.
Order affirmed.